IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>R. MICHAEL GALLAGHER | Hon. Freda L. Wolfson<br>Criminal No. 07-267 (FLW) |

## ORDER

This matter having come before the Court upon application of defendant R. Michael Gallagher (by Jeremy D. Frey, Esq., and Ralph A. Jacobs, Esq.) for an Order releasing and discharging any lien of the government on the real property located at 508 Dubois Avenue, Barrington, New Jersey 08007 under Recognizance No. TRN0281; it appearing that said Recognizance was filed on March 21, 2007, and entered on April 3, 2007, as part of the terms of Dr. Gallagher's release on a $250,000 unsecured appearance bond; it appearing that for Dr. Gallagher to sell 508 Dubois Avenue, Barrington, New Jersey any lien of the government as to that property under the Recognizance must be confirmed to be released and discharged; and for good and sufficient cause shown;

WHEREFORE, on this 13th day of April, 2009,

IT IS ORDERED AND ADJUDGED that any lien of the United States on the property at 508 Dubois Avenue, Barrington, New Jersey 08007 under Recognizance No. TRN0281 be and is hereby released and discharged; and it is further

ORDERED that all terms and conditions of bail previously set as to Dr. Gallagher

#10798903 v1

in this case remain in full force and effect.

_____
HON. FREDA L. WOLFSON
U.S. District Judge